UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  *5:25-cv-02955-JLS-MAR*                                    Date:  March 6, 2026

Title      *Phrasay Sayanath v. Kristi Noem et al*

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  FAILURE TO FILE A RESPONSE UNDER THE COURT'S DEADLINE**

Petitioner has filed the instant Petition for Writ of Habeas Corpus pursuant to U.S.C. § 2241 ("section 2241").  ECF Docket No. ("Dkt.") 1.  On November 13, 2025, the Court issued an Order requiring Respondents to respond to the Petition by December 15, 2025.  Dkt. 4.  On November 20, 2025, Petitioner filed an Ex Parte Application for Temporary Restraining Order ("TRO").  Dkt. 20.  Respondents filed an Opposition to the TRO on November 21, 2025.  Dkt. 8.  Petitioner filed a reply.  Dkt. 9.  On November 24, 2025, the District Judge denied Petitioner's application for a TRO.  Dkt. 10.  However, in violation of this Court's order, Respondents have failed to file a response to the underlying Petition under the Court's deadline.  See Dkt. 4.

Accordingly, Respondents are ordered to show cause in writing **within ten (10) days** of this Order, **by March 16, 2026**, why they have not filed a Response to the Petition.  The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

(1) Respondents shall file a Response to the Petition, or
(2) Respondents shall file an explanation of why they have not responded to the Petition by the Court's ordered deadline, or
(3) Respondents shall file a Status Report indicating whether Petitioner has been removed.[1]

**IT IS SO ORDERED.**

---

[1] The Petition indicates that Petitioner was ordered removed in 2007.  Although the Petition does not make a claim under Zadvydas v. Davis, 533 U.S. 678 (2001), the Court notes that removal of the Petitioner would likely cause the underlying Petition to become moot.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  *5:25-cv-02955-JLS-MAR*                                    Date:  March 6, 2026

Title     *Phrasay Sayanath v. Kristi Noem et al*

                                                                    :

                                        **Initials of Preparer**       ev