UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHRASAY SAYANATH, | Case No. 5:25-cv-02955-JLS-MAR |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| KRISTI NOEM et al, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition and (2) directing Judgment be entered dismissing this action.

Dated: May 19, 2026

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge