JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHRASAY SAYANATH, | Case No. 5:25-cv-02955-JLS-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM et al, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED**.

Dated: May 19, 2026

HONORABLE JOSEPHINE L. STATON
United States District Judge